IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § No. 4:24CR27 |
| vs. | § Judge Jordan |
| | § |
| RAMAN BHAUMIK (7) | § |
| PRASENJIT BHAUMIK (8) | § |
| | § |

## MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

COMES NOW, the United States of America, and files this Motion to Dismiss the Indictment Without Prejudice with respect to defendants Raman and Jay Bhaumik. WHEREFORE, premises considered, and in the interests of justice, the United States moves the Court to grant this Motion, and order that Counts One and Two of the Indictment in this case be dismissed without prejudice, only with respect to the above-referenced defendants.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Anand Varadarajan*
ANAND VARADARAJAN
Texas Bar. No. 24088765
Anand.varadarajan@usdoj.gov

WILLIAM R. TATUM
Texas Bar No. 24037585
William.Tatum@usdoj.gov

Assistant United States Attorneys
101 E. Park Blvd., Ste. 500
Plano, Texas 75074
Telephone: 972.509.1201

## CERTIFICATE OF CONFERENCE

I have conferred with counsel for the defendants, who are not opposed to the motion.

*/s/ Anand Varadarajan*
ANAND VARADARAJAN

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this motion was served on defense counsel by electronic filing (CM/ECF) on this August 29, 2024.

*/s/ Anand Varadarajan*
ANAND VARADARAJAN